UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LELAND P. FLEMING

    Plaintiff,

vs.

THE CITY OF ROCHESTER,
THE CITY OF ROCHESTER POLICE DEPARTMENT,
RYAN BEYEA, INDIVIDUALLY AND AS AN OFFICER
OF THE CITY OF ROCHESTER POLICE DEPARTMENT,
MELVIN WILLIAMS, INDIVIDUALLY AND AS AN OFFICER
OF THE CITY OF ROCHESTER POLICE DEPARTMENT,
AND OTHER UNKNOWN OFFICERS OF THE CITY OF
ROCHESTER POLICE DEPARTMENT,

    Defendants.

**STIPULATION AND ORDER DISCONTINUING ACTION**

Civil Action No.: 15-cv-6464(CJS/MWP)

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for all of the parties herein, that whereas no party is an infant or an incompetent for whom a committee or a conservatee has been appointed, and no person not a party has an interest in the subject matter of this proceeding, the same be and hereby is discontinued, as against the Defendants, The City of Rochester, The City of Rochester Police Department, Ryan Beyea, Individually and as an Officer of The City of Rochester Police Department, Melvin Williams, Individually and as an Officer of The City of Rochester Police Department, and Other Unknown Officers of The City of Rochester Police Department with prejudice and without costs to any party as against the other. This Stipulation may be filed with the County Clerk without further notice.

DATED: February 27, 2017
Rochester, New York

BY: /s/ _____
DIBBLE & MILLER, P.C.
Craig D. Chartier, Esq.
Attorneys for Plaintiff
55 Canterbury Road
Rochester, NY 14607
Telephone: (585) 271-1500

BRIAN F. CURRAN
Corporation Counsel

BY: /s/ _____
CHRISTOPHER S. NOONE, Esq.
Attorneys for Defendant
30 Church Street, Room 400A
Rochester, New York 14614

Telephone: (585) 428-6753

SO ORDERED this 10 day of MAR, 2017

SO ORDERED
/s/ Charles J. Siragusa
CHARLES J. SIRAGUSA
U.S. District Judge
DATE _____

2